**HENNESSY LAW GROUP**
Timothy P. Hennessy, State Bar No. 286317
l2l7 "L" Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Email : tph@hennessyatlaw.com

Attorney for:
**LUIS AMARO AGUILAR**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**LUIS AMARO AGUILAR**<br><br>Defendants. | Case No.  1:25CR132 JLT SAB<br><br>STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, JUDGE JENNIFER L. THURSTON AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, LUIS AMARO AGULIAR, by and through his attorney of record, Timothy Hennessy hereby requesting that the change of plea currently set for Monday, June 22, 2026, be continued to Monday, June 29, 2026.

Defense Counsel was recently made aware of a scheduling issue that is creating a hardship for Counsel to appear on the set date. Especially considering Counsel travels from Bakersfield to Fresno. This conflict is isolated and should not interfere with any future appearances. I have spoken to AUSA Antonio Pataca and he has no objection to continuing the matter.

The parties further agree and stipulate that on April 29, 2026, the parties filed a signed plea agreement.  Pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(1)(G), the period from April 29,

1

2026, through June 29, 2026, is automatically excluded from the computation of time within which trial must commence.

**IT IS SO STIPULATED**

Respectfully Submitted,

DATED: June 10, 2026

*/s/ Timothy Hennessy*
TIMOTHY HENNESSY
Attorney for Defendant
Luis Amaro Aguilar

DATED: June 10, 2026

*/s/Antonio Pataca*
ANTONIO PATACA
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDER that the change of plea currently set for Monday, June 22, 2026, be continued to Monday, June 29, 2026.

Dated:   June 11, 2026

_____
HONORABLE JENNIFER L. THURSTON