**HENNESSY LAW GROUP**
Timothy P. Hennessy, State Bar No. 286317
1215 "L" Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Email : tph@hennessylawgroup.com
Attorney for:
**LUIS AMARO AGUILAR**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**LUIS AMARO AGUILAR**,<br>Defendants. | **Case No.** 1:25-cr-00132-JLT-SAB-7<br><br><u>STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING</u> |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, BEFORE A DISTRICT JUDGE AND ANTONIO PATACA ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, LUIS AMARO AGUILAR, by and through his attorney of record, Timothy Hennessy, hereby requesting that the sentencing hearing currently set for Tuesday, September 28, 2026, be continued to Monday, November 2, 2026.

The continuance is necessary to allow defense counsel sufficient time to review the PSR with the defendant, prepare and file objections, and prepare for sentencing after receipt of the final PSR. Furthermore, while Counsel tried to avoid the scheduling conflict, at this time he believes he will be engaged in trial at the time of the sentencing (*Alejandro Sanchez BF174113A*).

///

///

///

I have spoken to AUSA Antonio Pataca, and he has no objection to continuing the matter. In addition, all counsel and USPO Elizabeth Gutierrez have agreed to continue the dates set forth below in the Presentence Investigation Referral/Schedule:

**11/2 - Sentencing**
**10/26 – Sentencing Memos Due**
**10/19 - Formal Objections Due**
**10/12 - Final Probation Report Due**
**10/5 – Informal Objections Due**

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: September 10, 2026

***/s/ Timothy Hennessy***
TIMOTHY HENNESSY
Attorney for Defendant
LUIS AMARO AGUILAR

DATED: September 10, 2026

***/s/Antonio Pataca***
Antonio Pataca
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDER that the sentencing hearing currently set for Tuesday, September 28, 2026, be continued to Monday, November 2, 2026, and the following briefing schedule be adopted:

**11/2 - Sentencing**
**10/26 – Sentencing Memos Due**
**10/19 - Formal Objections Due**
**10/12 - Final Probation Report Due**
**10/5 – Informal Objections Due**

IT IS SO ORDERED.

Dated: September 11, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE